UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| PATRICK DUNN,<br><br>    Plaintiff,<br><br>v.<br><br>EARTHBOUND HOLDING, LLC,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO.<br><br>3:19-cv-35-TKW-MJF |

## NOTICE OF SETTLEMENT

Plaintiff Patrick Dunn hereby notifies the Court that the parties have agreed to a settlement and are working on finalizing the settlement documentation. Plaintiff anticipates finalizing the documentation in at most thirty (30) days.

Respectfully Submitted, this the 20th day of November 2019.

                                     **ANNA ZHUROMSKAYA, ESQ.**
                                     **ADA GROUP LLC**
                                     Attorneys for Disabled Americans
                                     4001 Carmichael Road, Suite 570
                                     P.O. Box 231477 (36123)
                                     Montgomery, AL 36106
                                     T.: 334.819.4030
                                     334.819.4032 (Facsimile)
                                     Email:  AZ@ADA-Firm.com

                      By:    *s/ Anna Zhuromskaya*
                             ANNA ZHUROMSKAYA
                             Fla. Bar No. 118016

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of November 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and have sent a copy of this Notice to Defendant through the electronic means to Carmen J. Cole, Esq. to ccole@polsinelli.com or through U.S. First-Class Mail to the following address:

Defendant Earthbound Holdings, LLC
c/o Carmen J. Cole, Esq.
Polsinelli, LLP
2049 Century Park East
Suite 2900
Los Angeles, CA 90067
T. (310) 556-1801


By:   *s/ Anna Zhuromskaya*
      ANNA ZHUROMSKAYA
      Fla. Bar No. 118016