# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| **PATRICK DUNN,** | ) |
|     **Plaintiff,** | ) |
| v. | )      **CIVIL ACTION NO.** |
| **EARTHBOUND HOLDING, LLC,** | ) |
|     **Defendant.** | )      **3:19-cv-35-TKW-MJF** |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Patrick Dunn hereby notifies the Court that this case has been resolved. Pursuant to Fed. R. Civ. P. 41(a)(i), Plaintiff dismissed this action against Defendant Earthbound Holding, LLC with prejudice.

Respectfully Submitted, this the 2nd day of January 2020.

          **ANNA ZHUROMSKAYA, ESQ.**
          **ADA GROUP LLC**
          Attorneys for Disabled Americans
          4001 Carmichael Road, Suite 570
          P.O. Box 231477 (36123)
          Montgomery, AL 36106
          T.: 334.819.4030
          334.819.4032 (Facsimile)
          Email: AZ@ADA-Firm.com

By /s/ *Anna Zhuromskaya*
    ANNA ZHUROMSKAYA
    Fla. Bar No. 118016

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 2nd day of January 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and have sent a copy of this Notice to Defendant through the electronic means to Carmen J. Cole, Esq. to ccole@polsinelli.com or through U.S. First-Class Mail to the following address:

Defendant Earthbound Holdings, LLC
c/o Carmen J. Cole, Esq.
Polsinelli, LLP
2049 Century Park East
Suite 2900
Los Angeles, CA 90067
T. (310) 556-1801

                                        By /s/ *Anna Zhuromskaya*
                                              ANNA ZHUROMSKAYA
                                              Fla. Bar No. 118016