UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**PATRICK DUNN**,

    **Plaintiff**,

v.                           Case No. 3:19cv35-TKW-MJF

**EARTHBOUND HOLDING, LLC**,

    **Defendant**.
_____/

## ORDER

Based on Plaintiff's notice of voluntary dismissal with prejudice (Doc. 22), it is

**ORDERED** that this case is **DISMISSED** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and the clerk shall close the file.

**DONE and ORDERED** this 3rd day of January, 2020.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**